UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 25-20713

v.

HON. JUDITH E. LEVY

EDWIN COLE,

Defendant.

_________________________________/

**NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS (ECF NO. 19)**

Edwin Cole, through counsel, respectfully withdraws his motion to suppress evidence. *See* ECF No. 19.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**

s/ Daniel S. Dena
Attorney for Edwin Cole
613 Abbott Street, Suite 500
Detroit, Michigan 48226
313-967-5834
E-mail: Daniel_Dena@fd.org

Date: March 24, 2026